# MEMORANDUM CASES.

[S. F. No. 7138.  In Bank.—September 24, 1914.]

HELEN K. WILLIAMS, Petitioner, v. FRANK C. JORDAN, as Secretary of State of the State of California, Respondent.

ELECTIONS—PRIMARY—NOMINATION OF CANDIDATES.—Writ of mandate denied on the authority of *Hart* v. *Jordan, ante*, p. 321.

APPLICATION for a Writ of Mandate directed to the Secretary of State of the State of California.

The facts are similar in legal effect to those stated in the opinion in *Hart* v. *Jordan, ante, p.* 321.

Louis Montgomery, S. C. Denson, Chas. L. Thompson, and Wm. H. H. Hart, for Petitioner.

THE COURT.—Application for writ of mandate.

The facts presented by this application are in legal effect the same as those presented in *Hart* v. *Jordan, ante,* p. 321, [143 Pac. 537], this day decided.  Upon the authority of that case the petition for writ of mandate is denied.